**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6384

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LAWRENCE ELIE MEGGISON,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Catherine C. Blake, District Judge. (1:02-cr-00332-CCB; 1:06-cv-00275-CCB)

Submitted:  July 17, 2006         Decided:  August 4, 2006

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Elie Meggison, Appellant Pro Se.  Angela R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Elie Meggison seeks to appeal the district court's order directing Meggison to inform the court whether he wished the court to construe a pleading as a 28 U.S.C. § 2255 (2000) motion and, if so, to complete and submit the proper form. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Meggison seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -